JS 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOM ROMEO and ROMEO & JULIETTE, INC.,<br><br>    Defendants. | CASE NO. CV 10-8489 DSF (FMOx)<br><br>**ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT AND DISMISSING CASE** |
|---|---|

**ORDER**

Having reviewed the stipulation dated February 21, 2012, submitted by plaintiff Deckers Outdoor Corporation ("Deckers") and defendants Tom Romeo and Romeo & Juliette, Inc. collectively ("Defendants"), and good cause being shown:

IT IS HEREBY ORDERED that:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above captioned action are dismissed with prejudice and each party shall bear its own costs, expenses, and attorneys fees.

IT IS SO ORDERED.

DATED:
__2/24/12_____

*Dale S. Fischer*

_____
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE

-1-   Case No. CV 10-8489 DSF (FMOx)
[PROPOSED] ORDER ACKNOWLEDGING SETTLEMENT AND DISMISSING CASE